KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.            #6013
Kaitlin H. Ziegler              #13625
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for GNLV Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY M. STARK,<br><br>                        Plaintiff,<br><br>vs.<br><br>GNLV CORP., a Domestic Corporation, d/b/a GOLDEN NUGGET LAS VEGAS,<br><br>                        Defendant. | Case No. 2:15-cv-1311<br><br><br>**DEFENDANT'S PETITION FOR REMOVAL OF CIVIL ACTION** |

COMES NOW GNLV Corp. d/b/a Golden Nugget Las Vegas ("Golden Nugget"), by and through its counsel of record, the law firm of Kamer Zucker Abbott, and gives notice to Plaintiff Kelly M. Stark ("Plaintiff"), her respective counsel of record, James P. Kemp, Esq. and Victoria L. Neal, Esq. of Kemp & Kemp, and the Court of the removal of the above-referenced civil action from the Eighth Judicial District Court, Clark County, Nevada, pursuant to 28 U.S.C. §§1441 and 1446. This removal is based upon federal question jurisdiction. See 28 U.S.C. §1331. In support of this Petition, the Golden Nugget provides the following:

I.     **THE REMOVAL IS TIMELY AND PROCEDURALLY CORRECT.**

1.     Plaintiff filed a civil action on June 15, 2015 in the Eighth Judicial District Court, Clark County, Nevada, Case No.: A-15-719948-C, entitled: *Kelly M. Stark v. GNLV Corp., a Domestic Corporation, d/b/a Golden Nugget Las Vegas.*

2. Plaintiff's Complaint was served upon the Golden Nugget on June 22, 2015. Accordingly, this Petition for Removal has been timely filed within thirty (30) days after Plaintiff's service of the Summons and Complaint on the Golden Nugget.

3. The process, pleadings, and orders that have been served upon the Golden Nugget consist of the Summons, attached hereto as **Exhibit 1**, and the Complaint, attached hereto as **Exhibit 2**.

4. Venue in this action properly lies before the United States District Court for the District of Nevada because the claims asserted in this action arose in Las Vegas, Nevada, which is within the District of Nevada.

## II. DEFENDANT'S BASIS FOR REMOVAL.

5. The above-entitled Complaint is a civil action in which Plaintiff asserts a claim for compensatory, liquidated, and punitive damages as well as attorney's fees and costs and equitable relief for alleged violations of the Americans with Disabilities Act of 1990 ("ADA"), as amended, 42 U.S.C. §§12111 *et. seq.* and the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §28 *et. seq.* Plaintiff also asserts claims of retaliation in violation of the FMLA, 29 U.S.C. §2615, and the ADA, 42 U.S.C. §12203. Such claims arise under the laws of the United States, and/or implicate significant federal issues and interests.

6. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331, without regard to citizenship of the parties, as this action contains claims arising under federal law over which this Court has original jurisdiction. This Court has removal jurisdiction pursuant to 28 U.S.C. §1441(a) because the Court has original jurisdiction over this action, which could have been brought initially before this Court.

/ / /
/ / /
/ / /
/ / /
/ / /

**III.     CONCLUSION.**

Based on the foregoing, Golden Nugget removes this case from the Eighth Judicial District Court, Clark County, Nevada to the United States District Court for the District of Nevada.

DATED this 10th day of July, 2015.

                Respectfully submitted,

                KAMER ZUCKER ABBOTT

           By: /s/ Kaitlin H. Ziegler
                Edwin A. Keller, Jr.          #6013
                Kaitlin H. Ziegler              #13625
                3000 West Charleston Boulevard, Suite 3
                Las Vegas, Nevada 89102
                Tel:     (702) 259-8640
                Fax:    (702) 259-8646

                Attorneys for GNLV Corp.

# CERTIFICATE OF SERVICE

This is to certify that on the 10th day of July, 2015, the undersigned, an employee of Kamer Zucker Abbott, served a copy of the foregoing **DEFENDANT'S PETITION FOR REMOVAL OF CIVIL ACTION** through the Electronic Case Filing system of the United States District Court, District of Nevada to:

James P. Kemp, Esq.
Victoria L. Neal, Esq.
Kemp & Kemp
7435 West Azure Drive, Suite 110
Las Vegas, Nevada 89130
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

By:   /s/ Kaitlin H. Ziegler
      An employee of Kamer Zucker Abbott