1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KELLY M. STARK,

                                    Plaintiff,

        v.

GNLV, CORP.,

                                    Defendant.

Case No. 2:15-cv-01311-RCJ-NJK

ORDER

(Jt Mot Cont ENE – Dkt. #22)
(Unopp Mot Appear by Phone – Dkt. #23)

Before the court is the Joint Motion for Continuance of ENE (Dkt. #22) and Defendant's Unopposed Motion to Permit its Insurance Company Representative to Appear at ENE Telephonically (Dkt. #23) filed September 25, 2015.

In the joint motion to continue the ENE, the parties believe that a short continuance of the ENE to a time on or after October 23, 2015, is necessary for both parties to adequately prepare for and meaningfully participate in the ENE process.

In the motion for the insurance representative to appear telephonically, Defendant advises that its representative will have binding authority to settle this matter up to the amount of the self-insured retention level of $250,000. The assigned Beazley Group representative with authority to settle this matter beyond the amount of the self-insured retention level, is located in Farmington, Connecticut. In light of the dollar amount of the self-insured retention as well as the travel time and costs associated with the personal appearance of the Beazley Group representative at the ENE, Defendant requests to have the Beazley Group representative appear telephonically. Plaintiff does not oppose the request and takes no position on the issue.

For good cause shown,

/ / /

/ / /

1

**IT IS ORDERED** that:

1. The Joint Motion for Continuance of the ENE (Dkt. #22) is **GRANTED**.  The ENE scheduled before Judge McQuaid on October 13, 2015, at 9:30 a.m., is **VACATED** and **CONTINUED** to the court's earliest available date of **December 3, 2015, at 9:30 a.m.**  The parties shall meet in Chambers, Room 3071.

2. The Confidential ENE statements shall be due to Chambers, Room 3071, no later than, **4:00 p.m., November 23, 2015.**

3. Defendant's Unopposed Motion to Permit its Insurance Company Representative to Appear at ENE Telephonically (Dkt. #23) is **GRANTED**.  Defendant's representative of the Beazley Group shall be available telephonically for the duration of the ENE conference.

DATED this 29th day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE