Kamer Zucker Abbott
Edwin A. Keller, Jr.   #6013
Kaitlin H. Ziegler    #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for GNLV Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY M STARK,<br><br>             Plaintiff,<br><br>vs.<br><br>GNLV CORP., a Domestic Corporation, D/B/A GOLDEN NUGGET LAS VEGAS,<br><br>             Defendants. | Case No.: 2:15-CV-01311-RCJ-NJK<br><br>**STIPULATION TO DISMISS**<br>**_WITH PREJUDICE_** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/its own attorney's fees and costs, except as otherwise may be agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, and each party to bear her/its own costs and attorney's fees, except as otherwise may be agreed.

DATED: December 24th, 2015         DATED: December 24th, 2015
KEMP & KEMP                        KAMER ZUCKER ABBOTT

By: _____        By: _____
James P. Kemp   #6375                  Edwin A. Keller, Jr.   #6013
Victoria L. Neal   #13382              Kaitlin H. Ziegler   #13625
7435 West Azure Drive, Suite 110       3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89130                Las Vegas, Nevada 89102-1990
Tel: (702) 258-1183                    Tel: (702) 259-8640
Fax: (702) 258-6983                    Fax: (702) 259-8646

Attorney for Plaintiff                 Attorneys for Defendant
Kelly M. Stark                         GNLV Corp.

## ORDER

IT IS SO ORDERED.

DATE: January 5, 2016

_____
United States District Judge